# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PEUYOKO VICTOR PEREZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>S. SHERMAN,<br><br>　　　　　Respondent. | No. CV 20-00744-RGK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　　Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Petitioner's Motion to Amend is granted in part and denied in part. Petitioner has leave to file a First Amended Petition containing only Proposed Grounds One and Two.

IT IS ORDERED that Petitioner file the First Amended Petition, including only Proposed Grounds One and Two, within twenty-eight (28) days of the date of this order. Respondent is ORDERED to file an Answer to the First Amended Petition within forty-five (45) days of service of that petition, and Petitioner may file a Reply within (30) days of service of the Answer.

Date: 12/3/2020

*/s/ Gary Klausner*
GARY KLAUSNER
United States District Judge