# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PEUYOKO VICTOR PEREZ,<br><br>Petitioner,<br><br>v.<br><br>S. SHERMAN,<br><br>Respondent. | No. CV 20-00744-RGK (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file objections to the Report and Recommendation. The Court accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Date: 6/17/2021

*/s/ Gary Klausner*
R. GARY KLAUSNER
United States District Judge