# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PEUYOKO VICTOR PEREZ,<br><br>Petitioner,<br><br>v.<br><br>S. SHERMAN,<br><br>Respondent. | No. CV 20-00744-RGK (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: 6/21/2021

_____
R. GARY KLAUSNER
United States District Judge